UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES H. JACOBS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. C07-5560BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 14). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1)    The Court adopts the Report and Recommendation (Dkt. 14);

(2)    the ALJ erred as described in the report; and

(3)    the matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

DATED this 20th day of August, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER