# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES H. JACOBS

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5560BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation (Dkt. 14);

the ALJ erred as described in the report; and

the matter is therefore **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings.

|  |  |
|---|---|
|   August 21, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
|  |   *s/Caroline M. Gonzalez* |
|  | Deputy Clerk |